## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MARILYN SUZANNE SUTTON, INDIVIDUALLY, AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF HELEN PEEL, DECEASED,** | **MISC. CASE NO.** 17-mc-102 |
| **VERSUS** | **JUDGE DOHERTY** |
| **TAKEDA PHARMACEUTICAL COMPANY LIMITED AND TAKEDA PHARMACEUTICALS U.S.A., INC.** | **MAGISTRATE JUDGE HANNA** |

### REPORT AND RECOMMENDATIONS ON UNOPPOSED MOTION FOR SETTLEMENT AS TO CLAIMS OF DECEDENT, HELEN PEEL

This Court, having reviewed Plaintiffs' Unopposed Motion to Approve Settlement as to Claims of MARILYN SUZANNE SUTTON, as PERSONAL REPRESENTATIVE and Derivative Claimant; and Takeda Pharmaceutical Company Limited and Takeda Pharmaceuticals U.S.A., Inc. (collectively "Takeda"), the parties having received due notice of and having had the opportunity to be heard, and this Court having considered all submissions made, I recommend to the Court that the Motion be

GRANTED and

The settlement by and between Plaintiffs, MARILYN SUZANNE SUTTON, as PERSONAL REPRESENTATIVE and Derivative Claimant as legal heirs to the Estate of HELEN PEEL, deceased, and Takeda, as notice to the Court on  May 25, 2017

APPROVED.

The Court has jurisdiction of this matter by virtue of the Plaintiffs participating in the Actos MDL Master Settlement Agreement.

ANY PARTY OBJECTING TO THIS RECOMMENDATION SHALL SUBMIT OBJECTIONS, IN WRITING, DIRECTLY TO JUDGE DOHERTY'S CHAMBERS – AND SHALL NOT FILE THE OBJECTION INTO THE RECORD – NO LATER THAN TEN (10) DAYS AFTER ENTRY OF THIS RECOMMENDATION.

If there is no objection within ten (10) days of the entry of this Recommendation, the Recommendation will become an Order.

This is DONE AND SIGNED in Lafayette, Louisiana, this <u>27th</u> of <u>June</u>, 2017.

                                                 HONORABLE PATRICK J. HANNA
                                                 UNITED STATES MAGISTRATE JUDGE